THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOUIS VUITTON MALLETIER, S.A., a foreign business entity,

Plaintiff,

v.

ABSOLUTEE CORP LTD AND DOES 1-10, individually and jointly, d/b/a AAAREPLICAS.COM, AAAREPLICA.COM, AAAREPLICAS.NET, KNOCKOFFBAG.COM,

Defendants.

Case No. C09-05612 MEJ MMC

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Stephen M. Gaffigan, an active member in good standing of the bar of the U.S. District for the Southern District of Florida, whose business address and telephone number is 401 East Las Olas Boulevard, Suite 130-453, Ft. Lauderdale, Florida 33301, (954) 767-4819, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Louis Vuitton Malletier, S.A.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: December 15, 2009

UNITED STATES DISTRICT JUDGE

1