J. Andrew Coombs (SBN 123881)
Nicole L. Drey (SBN 250235)
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:     (818) 500-3200
Facsimile:     (818) 500-3201
andy@coombspc.com
nicole@coombspc.com

Stephen M. Gaffigan (Pro Hac Vice Pending)
Stephen M. Gaffigan, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
stephen@smgpa.net

Attorneys for Plaintiff Louis Vuitton Malletier, S.A.

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., a foreign business entity,<br><br>  Plaintiff,<br><br>v.<br><br>ABSOLUTEE CORP LTD AND DOES 1-10, individually and jointly, d/b/a AAAREPLICAS.COM, AAAREPLICA.COM, AAAREPLICAS.NET, KNOCKOFFBAG.COM,<br><br>  Defendants. | Case No. 3:09-cv-05612-MMC<br><br>[~~PROPOSED~~] ORDER AUTHORIZING ALTERNATE SERVICE OF PROCESS ON DEFENDANT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(f)(3) |

  WHEREAS Plaintiff Louis Vuitton Malletier, S.A., ("Louis Vuitton" or "Plaintiff") filed its Notice of Motion and Motion to Authorize Alternate Service of Process on Defendant Pursuant to Federal Rule of Civil Procedure 4(f)(3) ("Plaintiff's Motion");

  WHEREAS Plaintiff has shown good cause why leave should be granted allowing service of

1

the Summons and Complaint in this matter upon Defendant Absolutee Corp. Ltd. ("Absolutee Corp." or the "Defendant") via email; and

The Court, having read and considered the pleadings, declarations and exhibits on file in this matter and having reviewed such evidence as was presented in regards to Plaintiff's Motion, hereby grants Plaintiff's Motion and grants leave to Plaintiff to serve the Summons and Complaint upon Defendant Absolutee Corp. by email at the electronic mail addresses 92f7d2290a141152010f1b7d31dcdeb0@domaindiscreet.com, sales@aaareplicas.com, returns@aaareplicas.com, sales@knockoffbag.com, returns@knockoffbag.com, orders@aaareplicas.com, and orders@knockoffbag.com.

IT IS SO ORDERED

DATED: December 21, 2009

MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

2

[PROPOSED] ORDER AUTHORIZING ALTERNATE SERVICE OF PROCESS ON
DEFENDANT PURSUANT TO FED. R. CIV. P 4(f)(3)
Case No. 3:09-cv-05612-MMC