J. Andrew Coombs (SBN 123881)
Nicole L. Drey (SBN 250235)
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:     (818) 500-3200
Facsimile:      (818) 500-3201
andy@coombspc.com
nicole@coombspc.com

Stephen M. Gaffigan (*Pro Hac Vice*)
Stephen M. Gaffigan, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
stephen@smgpa.net

Attorneys for Plaintiff Louis Vuitton Malletier, S.A.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., a foreign business entity,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ABSOLUTEE CORP LTD AND DOES 1-10, individually and jointly, d/b/a AAAREPLICAS.COM, AAAREPLICA.COM, AAAREPLICAS.NET, KNOCKOFFBAG.COM,<br><br>　　　　　Defendants. | Case No. 3:09-cv-05612-MMC<br><br>**PLAINTIFF'S REQUEST TO VACATE THE INITIAL CASE MANAGEMENT CONFERENCE FROM THE COURT'S CALENDAR AND [PROPOSED] ORDER** CONTINUING CONFERENCE<br><br>~~CMC Conference: 3/11/10 at 10:00 a.m.~~<br><br>**Courtroom: 7, 19th Floor** |

Plaintiff Louis Vuitton Malletier, S.A. ("Louis Vuitton"), by and through its undersigned counsel, hereby requests as follows:

WHEREAS, on November 30, 2009, the Court issued its Order Setting Initial Case Management Conference and ADR Deadlines (*see* e-docket no. 3) in the above-captioned matter

1

scheduling the Initial Case Management Conference in this matter for March 11, 2010, at 10:00 a.m. and requiring the submission of Rule 26(f) Report and Case Management Statement on or before March 4, 2010.

WHEREAS, on February 2, 2010, the Clerk entered default against the Defendant in this matter (*see* e-docket no. 17);

WHEREAS, Plaintiff is in the process of finalizing its Motion for Final Default Judgment against the Defendant, and anticipates submitting the Motion for Final Default Judgment to the Court on March 5, 2010, or shortly thereafter, and will schedule the hearing on the Motion for Final Default Judgment on the Court's Motion Calendar for a date between mid-April 2010 and early May 2010;

WHEREAS, this is Plaintiff's first request that the Initial Case Management Conference in this matter be removed from the Court's calendar; and

NOW, THEREFORE, in the interest of judicial efficiency, Plaintiff respectfully requests that the Case Management Conference be removed from the Court's calendar pending the issuance of an Order in connection with Plaintiff's Motion for Final Default Judgment.

Dated: March 4, 2010                J. Andrew Coombs, A Prof. Corp.

By: ___/s Nicole L. Drey_____
J. Andrew Coombs
Nicole L. Drey
Attorneys for Plaintiff Louis Vuitton Malletier, S.A.

[~~PROPOSED~~] ORDER

PURSUANT TO REQUEST, ~~IT IS SO ORDERED.~~ the Case Management Conference is hereby CONTINUED from March 12, 2010 to May 7, 2010.

DATED: March 5, 2010

_____
Maxine M. Chesney
UNITED STATES DISTRICT JUDGE

2

PLAINTIFF'S REQUEST TO VACATE THE
INITIAL CASE MANAGEMENT CONFERENCE
FROM THE COURT'S CALENDAR
3:09-cv-05612-MMC