J. Andrew Coombs (SBN 123881)
Nicole L. Drey (SBN 250235)
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:    (818) 500-3200
Facsimile:    (818) 500-3201
andy@coombspc.com
nicole@coombspc.com

Stephen M. Gaffigan (*Pro Hac Vice*)
Stephen M. Gaffigan, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
stephen@smgpa.net

Attorneys for Plaintiff Louis Vuitton Malletier, S.A.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., a foreign business entity,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ABSOLUTEE CORP LTD AND DOES 1-10, individually and jointly, d/b/a AAAREPLICAS.COM, AAAREPLICA.COM, AAAREPLICAS.NET, KNOCKOFFBAG.COM,<br><br>　　　　Defendants. | Case No. 3:09-cv-05612-MMC<br><br>[PROPOSED] **PERMANENT INJUNCTION** |

THIS MATTER having come before the Court upon Plaintiff, Louis Vuitton Malletier, S.A.'s ("Louis Vuitton") Motion for Final Default Judgment Against the Defendant Absolutee Corp. Ltd. ("Absolutee Corp." or the "Defendant"), the Court having granted the Motion, does hereby:

ORDER AND ADJUDGE that Defendant Absolutee Corp., and its respective officers, agents, servants, employees, alter egos, and attorneys, and all persons in active concert and participation with it are hereby restrained and enjoined from:

(a)　　manufacturing or causing to be manufactured, importing, advertising, or promoting,

distributing, selling or offering to sell counterfeit and infringing goods using the Louis Vuitton Marks and/or works protected by the Louis Vuitton Copyrights, specifically the Marks and Copyrights identified in paragraph 2 of the Complaint;

(b) using the Louis Vuitton Marks and/or works protected by the Louis Vuitton Copyrights in connection with the sale of any unauthorized goods;

(c) using any logo, and/or layout which may be calculated to falsely advertise the services or products of Absolutee Corp., aaareplicas.com, aaareplica.com, aaareplicas.net, knockoffbag.com, and and/or any other website or business, as being sponsored by, authorized by, endorsed by, or in any way associated with Louis Vuitton;

(d) falsely representing itself as being connected with Louis Vuitton, through sponsorship or association;

(e) engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Absolutee Corp., aaareplicas.com, aaareplica.com, aaareplicas.net, knockoffbag.com, and/or any other website or business, are in any way endorsed by, approved by, and/or associated with Louis Vuitton;

(f) using any reproduction, counterfeit, copy, or colorable imitation of the Louis Vuitton Marks and/or works protected by the Louis Vuitton copyrights in connection with the publicity, promotion, sale, or advertising of any goods sold by Absolutee Corp., aaareplicas.com, aaareplica.com, aaareplicas.net, knockoffbag.com and/or any other website or business, including, without limitation, handbags, wallets, other leather goods, including, but not limited to, small leather cases, luggage, cosmetic cases, change purses, garment bags, briefcases, and school bags; jewelry, including, but not limited to, bracelets and necklaces; key chains; charms; belts; scarves; and/or hats;

(g) affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent goods sold by Absolutee Corp., aaareplicas.com, aaareplica.com, aaareplicas.net, knockoffbag.com, and/or any other website or business, as being those of Louis Vuitton or in any way endorsed by Louis Vuitton;

(h) offering such goods in commerce;

     (i)     otherwise unfairly competing with Louis Vuitton;

     (j)     secreting, destroying, altering, removing, or otherwise dealing with the unauthorized products or any books or records which contain any information relating to the importing, manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting or displaying of all unauthorized products which infringe the Louis Vuitton Marks and/or works protected by the Louis Vuitton Copyrights; and

     (k)     effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

IT IS SO ORDERED

Dated: __April 19, 2010__

                                          Honorable Maxine M. Chesney
                                          UNITED STATES DISTRICT JUDGE

Presented By:

J. Andrew Coombs, A Professional Corp.

By: __/s/ Nicole L. Drey__
       J. Andrew Coombs
       Nicole L. Drey
Attorneys for Plaintiff Louis Vuitton Malletier, S.A.