J. Andrew Coombs (SBN 123881)
Nicole L. Drey (SBN 250235)
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:   (818) 500-3200
Facsimile:    (818) 500-3201
andy@coombspc.com
nicole@coombspc.com

Stephen M. Gaffigan (*Pro Hac Vice*)
Stephen M. Gaffigan, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
stephen@smgpa.net

Attorneys for Plaintiff Louis Vuitton Malletier, S.A.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., a foreign business entity,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ABSOLUTEE CORP LTD AND DOES 1-10, individually and jointly, d/b/a AAAREPLICAS.COM, AAAREPLICA.COM, AAAREPLICAS.NET, KNOCKOFFBAG.COM,<br><br>　　　　　Defendants. | Case No. 3:09-cv-05612-MMC<br><br>[PROPOSED] DEFAULT JUDGMENT |

　　　　THIS MATTER having come before the Court upon Plaintiff, Louis Vuitton Malletier, S.A.'s ("Plaintiff" or "Louis Vuitton") Motion for Final Default Judgment Against the Defendant Absolutee Corp. Ltd. ("Absolutee Corp." or the "Defendant"), and the Court having considered the moving papers and there being no opposition thereto;

　　　　IT IS HEREBY ORDERED that Plaintiff's Motion for Final Default Judgment is GRANTED, and judgment is entered in favor of Plaintiff, Louis Vuitton Malletier, S.A., a foreign

1

business entity, with its principal place of business located in Paris, France, and against Defendant Absolutee Corp.;

IT IS FURTHER ORDERED AND ADJUDGED:

1. Pursuant to 15 U.S.C. § 1117(c) Louis Vuitton is awarded statutory damages against Defendant Absolutee Corp., in the amount of Nine Hundred Sixty Thousand Dollars and Zero Cents ($960,000.00), for which let execution issue;

2. Pursuant to 17 U.S.C. § 504; Louis Vuitton is awarded statutory damages against Defendant Absolutee Corp., in the amount of Sixty Thousand Dollars and Zero Cents ($60,000.00), for which let execution issue;

3. Louis Vuitton is awarded costs against Defendant Absolutee Corp., in the amount of Seven Hundred Dollars and Zero Cents ($700.00), for which let execution issue;

4. ~~Interest~~ Prejudgment interest from the date this action was ~~filed~~ served shall accrue at the legal rate.

5. In order to give practical effect to the Permanent Injunction, the domain names aaareplicas.com, aaareplica.com, aaareplicas.net, and knockoffbag.com (the "Subject Domain Names") are hereby ordered to be immediately transferred by the Defendant, its assignees and/or successors in interest or title, and the Registrars to Plaintiff's control.  To the extent the current Registrars do not facilitate the transfer of the Subject Domain Names to Plaintiff's control within ten (10) days of receipt of this judgment, the United States based Registry shall, within thirty (30) days, transfer the Subject Domain Names to a United States based Registrar of Plaintiff's choosing, and that Registrar shall transfer the Subject Domain Names to Plaintiff; and

6. Upon Plaintiff's request, the top level domain (TLD) Registry for the Subject Domain Names, within thirty (30) days of receipt of this Order, shall place the Subject Domain Names on Registry Hold status, thus removing them from the TLD zone files maintained by the Registry which

//
//
//
//

link the Subject Domain Names to the IP addresses where the associated websites are hosted.

IT IS SO ORDERED

Dated: April 19, 2010

_____
Honorable Maxine M. Chesney
UNITED STATES DISTRICT JUDGE

Presented By:

J. Andrew Coombs, A Professional Corp.

By:   /s/ Nicole L. Drey
        J. Andrew Coombs
        Nicole L. Drey
Attorneys for Plaintiff Louis Vuitton Malletier, S.A.

3

[~~PROPOSED~~] DEFAULT JUDGMENT
Case No. 3:09-cv-05612-MMC